IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JACKIE CATER,

    Plaintiff,

v.

GARY BOUGHTON, *et al.*,

    Defendants.

ORDER

Case No. 15-cv-356-wmc

This case was closed after the court did not receive either the $400 filing fee or a trust fund account statement needed to determine whether plaintiff qualified for leave to proceed without prepayment of the filing fee. Now plaintiff has filed a letter stating that he did not receive any orders pertaining to this case. Instead, plaintiff inadvertently received a copy of an order directed to another inmate, which he returned to the court on July 13, 2015. Accordingly, plaintiff will be provided with an extension of time to submit either the $400 filing fee or a motion for leave to proceed without prepayment of the filing fee, which must be accompanied by a certified copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the date of the complaint. 28 U.S.C. § 1915(a)(2).

As stated in the June 12, 2015 order, a copy of which is enclosed with this order, plaintiff's trust fund account statement should cover the six-month period beginning approximately December 4, 2014 and ending approximately June 4, 2015. Once plaintiff has submitted the necessary statement, I will calculate the initial partial payment and advise plaintiff of the amount due before the court can screen the merits of the complaint under § 1915(e)(2).

ORDER

IT IS ORDERED that plaintiff Jackie Cater may have an enlargement of time until August 10, 2015 to submit a trust fund account statement for the period beginning approximately December 4, 2014 and ending approximately June 4, 2015. If plaintiff complies with this deadline, and if he qualifies for indigency status he will be assessed an initial partial payment.

Entered this 17th day of July, 2015.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge