IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JACKIE CARTER,

                        Plaintiff,                  OPINION AND ORDER

v.

                                                  15-cv-356-wmc

BURTON COX,

                        Defendant.

The court is in receipt of plaintiff Jackie Carter's motion for assistance in recruiting counsel (dkt. #25), which the court will deny at this time. While the court is sympathetic to Carter's predicament -- an attorney would certainly be helpful in responding to defendant's motion for summary judgment -- this is true in virtually all pro se cases, and as the court has repeatedly explained to Carter: (1) there are not enough attorneys available to recruit one to serve on a pro bono basis in every pro se case; and (2) there is no right to an attorney in pursuing civil claims.

In light of Carter's prolific filings, the content of the complaint filed in this case, and the fact that Carter is aware of the facts at issue in this case, the court will require him to try his best to respond to defendant's motion for summary judgment before considering whether to recruit him counsel. Specifically, Carter is directed to respond to each of defendant's proposed findings of facts. (Dkt. #21.) In responding, Carter should state whether the fact is undisputed or disputed. If disputed, he should provide his basis for disputing that fact. If Carter manages this, the court will relieve Carter of filing a brief in opposition to the motion. To provide Carter with ample time to complete this task -- and

to spread out the activity to relieve his headaches -- plaintiff's opposition is now due May 21, 2018, with defendant's reply, if any, due June 1, 2018.

Entered this 24th day of April, 2018.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge