IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JACKIE CARTER,

    Plaintiff,

v.

GARY BOUGHTON, TROY HERMANS, JEROME SWEENEY, BURTON COX, JOLINDA WATERMAN and EDWARD WALL,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 15-cv-356-wmc

This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered:

1) denying plaintiff Jackie Carter leave to proceed on any claim against defendants Gary Boughton, Troy Hermans, Jerome Sweeney, Jolinda Waterman, and Edward Wall; and

2) granting defendant Burton Cox's motion for summary judgment and dismissing this case.

/s/

Peter Oppeneer, Clerk of Court

10/1/2018

Date